IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC THOMAS WRHEL,

    Plaintiff,

v.

UNITED STATES OF AMERICA and
UNITED STATES INTERNAL REVENUE
SERVICE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-758-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) Dismissing the United States Internal Revenue Service.

(2) In favor of plaintiff Eric Thomas Wrhel against defendant United States of America in the amount of $400 for plaintiff's claim under 26 U.S.C. § 7433 that defendant sent notices to the wrong address and then incorrectly collected unpaid taxes.

(3) In favor of defendant United States of America in all other respects.

Approved as to form this 27TH day of December, 2018.

_____
James D. Peterson
District Judge

_____    12/27/18
Peter Oppeneer, Clerk of Court    Date